AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
Sean Riordan (SBN 255752)
Angélica Salceda (SBN 296152)
Vasudha Talla (SBN 316219)
Mollie Lee (SBN 251404)
William S. Freeman (SBN 82002)
Christine P. Sun (SBN 218701)
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: sriordan@aclunc.org
      asalceda@aclunc.org
      vtalla@aclunc.org
      mlee@aclunc.org
      wfreeman@aclunc.org
      csun@aclunc.org

*Attorneys for Plaintiff-Petitioner Pangea Legal Services*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO-OAKLAND DIVISION**

| | |
|---|---|
| PANGEA LEGAL SERVICES,<br><br>    Plaintiff-Petitioner,<br><br>v.<br><br>KEVIN MCALEENAN, Acting Secretary of Homeland Security; MARK MORGAN, Acting Director of U.S. Immigration and Customs Enforcement; DAVID JENNINGS, Field Office Director, San Francisco Field Office, U.S. Immigration and Customs Enforcement,<br><br>    Defendant. | Case. No. 3:19-cv-04027<br><br>**DECLARATION OF SEAN RIORDAN IN SUPPORT OF PLAINTIFF-PETITIONER'S EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER** |

I, Sean Riordan, declare:

1. I am an attorney duly licensed to practice law in the State of California and a member of the Bar of this Court. I am one of the attorneys for Plaintiff. I submit this Declaration in Support of Plaintiff's Ex Parte Application for a Temporary Restraining Order. I have personal knowledge of the facts set forth below.

2. On July 11, 2019, major news outlets reported that U.S. Immigration and Customs Enforcement ("ICE") planned to begin raids on Sunday, July 14 to arrested thousands of noncitizens in major U.S. cities for purposes of deporting them. See Caitlin Dickerson and Zolan Kanno-Youngs, *Thousands are Targeted as ICE Prepares to Raid Undocumented Migrant Families*, N.Y. Times (July 11, 2019), available at https://www.nytimes.com/2019/07/11/us/politics/ice-families-deport.html. San Francisco is reported to be one of the target cities. *Id*.

3. On the evening of July 11, 2019, organizations who routinely represent noncitizens who have been detained by ICE reported that they met earlier that day with ICE leadership in ICE's San Francisco Field Office. They reported that ICE's leadership told them they would not be allowed to provide legal advice or to otherwise consult with people ICE plans to arrest and process on Sunday, July 14.

4. On July 12, 2019, at approximately 11:20 a.m., I spoke by telephone with Sara Winslow, the civil division chief at the U.S. Attorney's Office for the Northern District of California. I explained that we planned to file a lawsuit seeking emergency relief through an ex parte application for a temporary restraining order on the afternoon of July 12, but that we would welcome to opportunity to seek to resolve this issue without litigation. Ms. Winslow asked me to include information about our concerns in an e-mail.

5. On July 12, 2019, at approximately 11:32 a.m., I sent Mr. Winslow an e-mail briefly explaining our concerns about ICE's policies and practices of denying access to counsel. I also reiterated our interest in avoiding litigation, if possible, but stated that we would be working on the application for emergency relief, which we hoped to file by 2:00 p.m. on July 12.

6. As of 4:19 p.m. on July 12, 2019, I had received no further communication from Ms. Winslow or another representative of the government about this matter.

I declare under penalty of perjury that the foregoing is true and correct. Executed July 12, 2019 at Sacramento, California.

                                       */s/ Sean Riordan*
                                       Sean Riordan