| | |
|---|---|
| 1 | AMERICAN CIVIL LIBERTIES UNION |
| 2 | FOUNDATION OF NORTHERN CALIFORNIA |
| | Sean Riordan (SBN 255752) |
| 3 | Angélica Salceda (SBN 296152) |
| | Vasudha Talla (SBN 316219) |
| 4 | Mollie Lee (SBN 251404) |
| 5 | William S. Freeman (SBN 82002) |
| | Christine P. Sun (SBN 218701) |
| 6 | 39 Drumm Street |
| | San Francisco, CA 94111 |
| 7 | Telephone: (415) 621-2493 |
| 8 | Facsimile: (415) 255-8437 |
| | Email: sriordan@aclunc.org |
| 9 |       asalceda@aclunc.org |
| |       vtalla@aclunc.org |
| 10 |       mlee@aclunc.org |
| 11 |       wfreeman@aclunc.org |
| |       csun@aclunc.org |

*Attorneys for Plaintiff-Petitioner Pangea Legal Services*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO-OAKLAND DIVISION**

| | |
|---|---|
| PANGEA LEGAL SERVICES, | Case. No. 3:19-cv-04027 |
| Plaintiff-Petitioner, | **PROOF OF SERVICE** |
| v. | |
| KEVIN MCALEENAN, Acting Secretary of Homeland Security; MARK MORGAN, Acting Director of U.S. Immigration and Customs Enforcement; DAVID JENNINGS, Field Office Director, San Francisco Field Office, U.S. Immigration and Customs Enforcement, | |
| Defendant. | |

PROOF OF SERVICE

I, Sean Riordan, declare that I am employed in the City and County of Sacramento, State of California; I am over the age of 18 years and not a party to the within action or cause; my business address is 39 Drumm Street, San Francisco, California 94111. I served the following documents:

**Notice of Motion, Motion, and Memorandum of Points and Authorities In Support of Ex Parte Application for a Temporary Restraining Order**

**Declaration of Sean Riordan**

**Declaration of Etan Newman**

**Proposed Order**

on the interested parties in this action by:

☒ By Electronic Mail
On July 12, 2019, I caused such documents to be transmitted by electronic mail to the office of the addressees.

Sara Winslow                     sara.winslow@usdoj.gov
Chief, Civil Division
U.S. Attorney's Office, N. Dist. Calif
450 Golden Gate Ave., 9th Floor
San Francisco, CA 94102-3495

*Attorney for the Defendants*

I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct and that this proof of service was executed on July 12, 2019 at Sacramento, California.

　　　　　　　　　　　　　　　　　　　　　/s/ Sean Riordan
　　　　　　　　　　　　　　　　　　　　　Sean Riordan